| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

Carrie Hixson, §
§
    Plaintiff, §
§
versus §    Civil Action H-16-299
§
Eberstein & Wetherite L.L.P., et al., §
§
    Defendants. §

## Order on Dismissal

Have been advised that Carrie Hixson no longer wishes to pursue this matter, this case is dismissed with prejudice. (5)

Signed on April 11, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge